UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lawrence Lewis,

    Plaintiff,

v.								Case No. 20-12737

Commissioner of Social Security,				Sean F. Cox
								United States District Court Judge
    Defendant.
_____/

**ORDER ADOPTING
REPORT AND RECOMMENDATION
AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

This Social Security Disability Insurance benefits case was referred to Magistrate Judge Patricia T. Morris for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(A) and issuance of a Report and Recommendation of dispositive matters pursuant to U.S.C. § 636(b)(1)(B) and (C).

In a Report and Recommendation ("R&R") issued on October 14, 2020, the magistrate judge recommends that the Court deny Plaintiff's motion seeking to proceed *in forma pauperis* in this action. (ECF No. 4).

While Plaintiff has not withdrawn his application to proceed *in forma pauperis*, Plaintiff paid the filing fee in this case on October 14, 2020. Moreover, Plaintiff did not file objections to the R&R within the time permitted for doing so.

The Court ADOPTS the R&R and DENIES Plaintiff's application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: November 4, 2020

s/Sean F. Cox
Sean F. Cox
United States District Judge